WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE: (208) 334-1413

**U.S. COURTS**

**SEP 10 2015**

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSS EUGENE MILLER,<br>JOHN VERNON MCLEOD,<br><br>Defendants. | Case No. CR 15-0222-S BLW<br><br>**INDICTMENT**<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B), and (b)(1)(C)<br>21 U.S.C § 846<br>21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)**

Beginning on or about May 28, 2015, and continuing to June 18, 2015, in the District of Idaho and elsewhere, the defendants, ROSS EUGENE MILLER and JOHN VERNON MCLEOD, did knowingly and intentionally combine, conspire, confederate and agree with each

**INDICTMENT - 1**

other and with individuals known and unknown to the Grand Jury, to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

## COUNT TWO

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about June 2, 2015, in the District of Idaho, the defendant, JOHN VERNON MCLEOD, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

### Distributing Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about June 3, 2015, in the District of Idaho, the defendant, JOHN VERNON MCLEOD, did knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## CRIMINAL FORFEITURE ALLEGATIONS

### Drug Forfeiture
### 21 U.S.C. § 853

As a result of the violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C), and 846 set forth in the above counts of this Indictment, the defendants ROSS EUGENE MILLER, and JOHN VERNON MCLEOD, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendants obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses; these interests include, but are not limited to, the following properties:

A. **Cash Proceeds**: At least the sum of $1,600 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendants, to which they are jointly and severally liable.

B. **Substitute Assets:**

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) Cannot be located upon the exercise of due diligence;

(b) Has been transferred or sold to, or deposited with, a third party;

(c) Has been placed beyond the jurisdiction of the court;

(d) Has been substantially diminished in value; or

INDICTMENT - 3

(e) Has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated this 9th day of September, 2015.

A TRUE BILL

/s/ [signature on reverse]
_____
FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

_____
BRYCE B. ELLSWORTH
SPECIAL ASSISTANT UNITED STATES ATTORNEY

**INDICTMENT - 4**